# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | **CRIMINAL COMPLAINT** |

**1** Geraldo Meyo-Duran  *Principal*  Case Number:
A096 130 978   YOB: 1976   the United Mexican States

United States District Court
Southern District of Texas
**FILED**

**M-14-1780-M**

**2** Marina Rangel-Martinez  *CO-Principal*
A202 084 712   YOB: 1984   the United Mexican States

SEP 1 2 2014

, **Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 10, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rony Oswaldo Hernandez-Hernandez, citizen and national of Guatemala and Virginia Gonzalez-Jimenez, citizen and national of the United Mexican States, along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

Border Patrol Agents had initially received information from a concern citizen regarding a home located at 2239 E Roosevelt in Donna, Texas, that was being utilized to harbor possible undocumented aliens.

On September 10, 2014 the Border Patrol Fraud, Intelligence, Smuggling, Terrorism (F.I.S.T.) Agents J. Dominguez, J. Trevino and San Juan PD Officer M. Hernandez conducted surveillance at a possible stash house. At approximately 2:30 p.m., Agents observed a black Chevrolet pickup truck arrive to the location. A subject later identified as Geraldo MEYO-Duran, exited the home and approached the black pickup truck and made contact with the driver. Within ten minutes, the black pickup truck left the location. Officer M. Hernandez followed the truck and observed it going to a drive-thru store located at the corner of Laurel Street and FM 493.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Approved by
Joseph Leonard

_Signature of Complainant_

Frediberto Hernandez   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 12, 2014                                    at   McAllen, Texas
Date                                                                              City and State

Dorina Ramos                    , U. S. Magistrate Judge
Name and Title of Judicial Officer                        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-1780-M

| | | |
|---|---|---|
| RE: | Geraldo Meyo-Duran | A096 130 978 |
| | Marina Rangel-Martinez | A202 084 712 |

**CONTINUATION:**

While Agents were still observing the possible stash house, MEYO and another male subject got into a blue Durango and left the location. The Durango then drove to the same drive-thru store and dropped off the male subject, who then boarded the black pickup truck. Both vehicles then departed the area.

San Juan PD SGT R. Garcia observed the black pickup truck travel north on FM 493 and noticed that the vehicle was traveling recklessly and changing lanes at a high rate of speed. SGT R. Garcia then proceeded to conduct a traffic stop. During the traffic stop, FIST Agents J. Dominguez and J. Trevino arrived and made contact with the driver, and two passengers. Agents determined that the driver, and two passengers were undocumented aliens illegally present in the United States. A search of the vehicle revealed 3 boxes of gallons of water and several black plastic bags with canned foods, tortillas and fruit (items consistent with packages that foot guides use when smuggling aliens). Agents placed all subjects under arrest and advised them of their Miranda Rights. During the field interview, one of the passengers stated that he was transferred from the blue Durango into black pickup truck. All three subjects were then transported to Weslaco Border Patrol Station for further interview.

A search began for the Durango, which was ultimately found parked at a Dollar General Store across the street from the possible stash house. Agents approached the driver, MEYO, as he exited the store. Agents determined that he was an undocumented alien illegally present in the United States. MEYO was then placed under arrest and his Miranda Rights were read.

At the same time, other Agents who were still doing surveillance at the possible stash house observed approximately 8 to 10 subjects run from the home into a brushy area.

Shortly after, F.I.S.T. Agents, along with Hidalgo County Constable Deputies, and H.S.I. Special Agents arrived to 2239 E Roosevelt in Donna, Texas to conduct a consent to search for undocumented aliens. Agents approached the home and made contact with a subject later identified as Marina RANGEL-Martinez, who was outside the residence. RANGEL gave the Agents consent to enter the home and search for undocumented aliens. There were no aliens inside the home. RANGEL was determined to be an undocumented alien and placed under arrest. With the assistance of CBP Air assets, a total of 8 undocumented aliens were apprehended in the nearby brush. All subjects were then transported to the Weslaco Border Patrol Station.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1780-M

RE:    Geraldo Meyo-Duran            A096 130 978
        Marina Rangel-Martinez        A202 084 712

**CONTINUATION:**

**PRINCIPAL STATEMENT:**
1-Geraldo MEYO-Duran was advised of his Miranda Rights by Border Patrol Agents. MEYO understood his rights and provided a sworn statement without the presence of an attorney.

MEYO stated that he is a citizen and national of Mexico. He resides at 2239 E Roosevelt in Donna, Texas along with his girlfriend, Marina RANGEL-Martinez. He has harbored undocumented aliens for less than one month. He was told that he was going to get paid, but he didn't know how much. During this time, he has harbored less than 40 undocumented aliens. The aliens would sleep in a shed next to their home and if they need to use the restroom, they would ask him for permission. Different people would arrive and feed the aliens twice a day.

**PRINCIPAL STATEMENT:**
2-Marina RANGEL-Martinez was advised of her Miranda Rights by Border Patrol Agents. RANGEL understood her rights and provided a sworn statement without the presence of an attorney.

RANGEL stated that she is a citizen and national on Mexico. She resides at the residence with her boyfriend, Geraldo MEYO-Duran. She made arrangements with a male subject to provide a temporary place for undocumented aliens to stay until they were ready to travel north. She was going to get paid, but so far, she hasn't received any money to harbor the aliens. On September 10, 2014, a group of aliens arrived to her home. These aliens were only going to stay there for a short while.

**MATERIAL WITNESSES STATEMENTS:**
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1780-M

| | | |
|---|---|---|
| RE: | Geraldo Meyo-Duran | A096 130 978 |
| | Marina Rangel-Martinez | A202 084 712 |

**CONTINUATION:**

1-Rony Oswaldo HERNANDEZ-Hernandez stated that he is a citizen and national of Guatemala. He was going to pay approximately $5,000 in smuggling fees to get smuggled to New York. On September 9, 2014, he was smuggled by raft into the United States. Once in the U.S., he was picked up and transported to a stash house. HERNANDEZ identified Geraldo MEYO-Duran in a photo lineup as the person who received him. MEYO instructed him to go under the covered porch and if he wanted to eat something, there was food in the refrigerator. HERNANDEZ also identified Marina RANGEL-Martinez in a photo lineup as the person who instructed him to write his name in a ledger. HERNANDEZ believed that both subjects were in charge of the stash house. During the night, more aliens arrived. On September 10, 2014, approximately 18 aliens left the stash house in a white Dodge pickup truck. Just before Border Patrol arrived, RANGEL instructed everyone to grab their belongings and go to the brush because police would probably be coming to the house. RANGEL told them that the police had pulled over a black pickup truck. RANGEL further told them that once police searched the home that they could come back.

2-Virginia GONZALEZ-Jimenez stated that she is a citizen and national of Mexico. She paid approximately $1,500 to smuggle into the United States. She was going to pay an additional $1,500 once she reached Houston, Texas. On September 7, 2014, she was smuggled by raft into the United States. Once in the U.S., she was picked up and transferred into a dark SUV driven by Geraldo MEYO-Duran. MEYO transported her to the stash house. GONZALEZ identified MEYO in a photo lineup. Once at the home, MEYO instructed her to get into the home and offered her food, but it never arrived. MEYO also offered her water from a large water cooler. The next morning, 21 aliens arrived to the home. GONZALEZ also identified Marina RANGEL-Martinez in a photo lineup. RANGEL and MEYO would live inside the home and everyone else would slept outside under the canopy with one mattress and the dirt ground. They only had a water hose for running water and if they needed to use the restroom, it was inside the home. RANGEL would instruct them to maintain the canopy area clean and to put all their clothes in black plastic bags. She also instructed them that if they ever saw Border Patrol or police, they should run to the high brush and under no circumstances were they to come out.